1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10

11  YONG H. HO,                                    )        CASE NO. CV10-1257-AHM (JEMx)
                                                   )
12              Plaintiff(s),                      )        ORDER DISMISSING CIVIL ACTION
                                                   )        BY VIRTUE OF SETTLEMENT
13         v.                                      )
                                                   )
14  BEST BUYS CO., INC., et al.,                   )
                                                   )
15              Defendant(s).                      )
                                                   )
16                                                 )
    _____)
17

18          The Court having been advised by the parties that the above-entitled action

19  has been settled;

20          IT IS THEREFORE ORDERED that this action is dismissed without

21  prejudice to the right, upon good cause shown within 30 days, to request a status

22  conference be scheduled if settlement is not consummated.

23

24          IT IS SO ORDERED.

25  Date: April 9, 2010                       _____

26  **JS-6**                                  A. Howard Matz
                                              United States District Court Judge
27

28